UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **04-21589-CIV-MORENO**
[Related to 00-1334-MD-MORENO]

CHARLES B. SHANE, M.D., JEFFREY BOOK,
D.O., *et al.*,

    Plaintiffs,

vs.

HUMANA, INC., *et al.*,

    Defendants.
_____/

FILED by JW D.C.
SEP 13 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANTS' VARIOUS MOTIONS TO DISMISS

THESE MATTERS were referred to the Honorable Theodore Klein, United States Magistrate Judge for a Report and Recommendation regarding: Defendants' Joint Motion to Dismiss Amended Class Action Complaint **(D.E. No. 24)**, filed on **September 17, 2004**; Defendant Coventry's Motion to Dismiss Amended Class Action Complaint, contained in Coventry's Notice of Filing **(D.E. No. 62)**, filed on **January 7, 2005**; Defendant Pacificare's Supplemental Motion to Dismiss All "Non-Par" & "Associational" Claims **(D.E. No. 23)**, filed on **September 17, 2004**; Defendant Wellpoint's Joinder in Pacificare's Supplemental Motion to Dismiss All "Non-Par" & "Associational" Claims **(D.E. No. 32)**, filed on **September 21, 2004**.

The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues raised in the objections, responses to the objections, and replies.

**ADJUDGED** that United States Magistrate Judge Theodore Klein's Report and

Recommendation regarding the Defendants' various motions to dismiss **(D.E. No. 74)**, filed on **May 25, 2005**, is **AFFIRMED** and **ADOPTED**. The parties' objections are **OVERRULED**. Accordingly, it is also

    **ADJUDGED** that

1. Defendants' Joint Motion to Dismiss Amended Class Action Complaint **(D.E. No. 24)**, filed on **September 17, 2004**, is GRANTED in PART and DENIED in PART as recommended by Magistrate Judge Klein.

2. Defendant Coventry's Motion to Dismiss Amended Class Action Complaint, contained in Coventry's Notice of Filing **(D.E. No. 62)**, filed on **January 7, 2005**, is GRANTED in PART and DENIED in PART as recommended by Magistrate Judge Klein.

3. Defendant Pacificare's Supplemental Motion to Dismiss All "Non-Par" & "Associational" Claims **(D.E. No. 23)**, filed on **September 17, 2004**, is GRANTED in PART and DENIED in PART as recommended by Magistrate Judge Klein.

4. Defendant Wellpoint's Joinder in Pacificare's Supplemental Motion to Dismiss All "Non-Par" & "Associational" Claims **(D.E. No. 32)**, filed on **September 21, 2004**, is GRANTED in PART and DENIED in PART as recommended by Magistrate Judge Klein.

    DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of September, 2005.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel on the February 8, 2005 Service List