UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No. 00-1334-MD-MORENO
Tag-Along Case No. 04-21589-CIV-MORENO

IN RE: MANAGED CARE LITIGATION

_____

CHARLES B. SHANE, M.D., *et al.*,

    Plaintiffs,

vs.

HUMANA, INC., *et al.*,

    Defendants.
_____/

### ORDER DENYING MOTION OF PUTATIVE CLASS-MEMBERS FOR RELIEF FROM FINAL CLASS-ACTION JUDGMENT

THIS CAUSE came before the Court upon the Motion for Putative Class-Members for Relief from Final Class-Action Judgment **(D.E. No. 200)**, filed on **March 8, 2008**.

THE COURT has considered the motion, the response, the reply and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Putative plaintiffs Frank Dellacroce, M.D., Scott Sullivan, M.D., and the Center for Restorative Breast Surgery ("CRBS") claim to not have learned of the 2005 WellPoint class action settlement until January 22, 2008. Hurricane Katrina hit New Orleans on August 29, 2005. Notification of the WellPoint settlement was mailed to the Center for Restorative Breast Surgery ten days prior on August 19, 2005. Notification of the settlement was also published in the Wall Street Journal and USA Today on August 25, 2005 and September 1, 2005. These circumstances are not sufficiently extraordinary to warrant allowing the Center for Restorative Breast Surgery, Scott Sullivan, M.D., and Frank Dellacroce, M.D. to belatedly opt out of the WellPoint settlement under Rule 60(b)(6).

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record