UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No. 00-1334-MD-MORENO
Tag-Along Case No. 04-21589-CIV-MORENO

IN RE: MANAGED CARE LITIGATION

CHARLES B. SHANE, M.D., *et al.*,

          Plaintiffs,

vs.                              Case No. 04-21589-CIV-MORENO

HUMANA, INC., *et al.*,

          Defendants.

## NOTICE OF APPEAL

NOTICE is hereby given that Scott Sullivan, M.D., Frank Dellacroce, M.D., and The Center for Restorative Breast Surgery, LLC (collectively "CRBS"), adjudged to be members of the plaintiff class in the above named case, appeal as of right, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Eleventh Circuit from the Court's "Order Denying Motion for Putative Class-Members for Relief from Final Class-Action Judgment," D.E. No. 206 in Civil Action No. 04-21589, entered on April 20, 2008, which denied CRBS' motion for relief under Fed. R. Civ. P. 60(b)(6) (D.E. No. 200, filed on March 8, 2008).

Master File No. 00-1334-MD-MORENO
Tag-Along Case No. 04-21589-CIV-MORENO

Respectfully submitted:

By: **/s/ Lawrence B. Lambert**
**Martin B. Goldberg**
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
**Alan D. Lash**
Florida Bar No. 510904
alash@lashgoldberg.com
**Lawrence B. Lambert**
Florida Bar No. 0032565
llambert@lashgoldberg.com

**LASH & GOLDBERG LLP**
Suite 1200, Bank of America Tower
100 S. E. Second Street
Miami, Florida 33131
Tel: 305.347.4040   Fax: 305.347.4050
*Local Counsel for The Center for Restorative Breast Surgery LLC, Frank J. Dellacroce, M.D., and Scott K. Sullivan, M.D.*

**Campbell E. Wallace (admitted pro hac vice in Tag Along Case No. 03-21296)**
La Bar No. 13195
wallace@chaffe.com
**Chaffe McCall, LLP**
1100 Poydras Street
Suite 2300
New Orleans, LA  70163-2300
Phone: (504) 585-7000
Facsimile: (504) 585-7075
*Lead Counsel for The Center for Restorative Breast Surgery LLC, Frank J. Dellacroce, M.D., and Scott K. Sullivan, M.D.*

Master File No. 00-1334-MD-MORENO
Tag-Along Case No. 04-21589-CIV-MORENO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2008, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF which sent notification electronically to all parties on the service list and by U.S. Mail to the following:

Harley S. Tropin
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Archie Lamb
Law Offices of Archie Lamb, LLC
2017 Second Avenue, North, Second Floor
Birmingham, AL 35203

Michael L. Pope
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606

Alvin D. Lodish
Bilzin, Sumberg, Baena,
Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

Chester T. Kamin, Esq.
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Edith M. Kallas
Joe R. Whatley, Jr.
Joseph P. Guglielmo
Whatley, Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

Alan H. Rolnick
Sacher, Selman, VanSant, Paul, Beiley
Martman, Rolnick & Saldman, P.A.
1401 Brickell Avenue, Suite 700
Miami, FL 33131

Daniel Booker, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edward Soto, Esq.
WEIL GOTSHAL & MANGES, LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
edward.soto@weil.com

Aaron S. Podhurst, Esq.
PODHURST ORSECK, PA
25 West Flagler Street, Suite 800
Miami, FL 33130
apodhurst@podhurst.com

/s/ **Lawrence B. Lambert**

1113978-1

3