# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

January 04, 2011

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813

**Appeal Number: 06-14222-EE**
Case Style: Charles B. Shane, M.D. v. Humana, Inc.
District Court Number: 04-21589 CV-FAM

FILED by _____ D.C.
JAN 0 7 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) 6

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

*(handwritten notes:)*
(4) VOl plds
(2) TN
– (4) Folders not returned

REC-3 (06-2006)